IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA PALMER,

      Plaintiff,

No. CIV S-04-0056 DAD

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,[1]

ORDER

      Defendant.

_____/

      In support of his motion for attorney fees pursuant to 42 U.S.C. § 406(b), plaintiff's counsel has submitted a declaration that refers to an attached itemization of the professional time he devoted to plaintiff's representation. The motion as filed March 29, 2006, does not include the attachment.

      Accordingly, IT IS ORDERED that plaintiff's counsel shall file, within ten days after the filing of this order, an amended declaration that includes the missing attachment.

DATED: April 19, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/palmer0056.itemization

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).